# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL TAMAYO TORRES, JR., | CASE NO. 1:08-cv-00428-GSA PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| MARLIN SNYDER, et al., | (Docs. 1 and 6) |
| Defendants. | |

Plaintiff Manuel Tamayo Torres, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 6, 2008. On September 23, 2008, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///
///
///
///

1

1   Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2   HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3   relief may be granted under section 1983.

6   IT IS SO ORDERED.

7   **Dated:  November 18, 2008**            **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE